**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**William IREY, Defendant–Appellee.**

No. 08–10997.

United States Court of Appeals,
Eleventh Circuit.

Aug. 12, 2009.

Peggy Morris Ronca, Orlando, FL, for U.S.

William R. Ponall, Kirk N. Kirkconnell, Kirkconnell, Lindsey, Snure & Yates, P.A., Winter Park, FL, for Irey.

* Senior United States Circuit Judge James C. Hill has elected to participate in further pro-

(Opinion March 30, 2009, 563 F.3d 1223, 11th Cir.2009)

Before DUBINA, Chief Judge, and TJOFLAT, EDMONDSON, BIRCH, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges*.

BY THE COURT:

A member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.